(Reap. Dec. 10454)

UNIVERSAL ENTERPRISES *v*. UNITED STATES

Entry No. 33918.

(Decided February 26, 1963)

*Glad & Tuttle* for the plaintiff.

*John W. Douglas*, Acting Assistant Attorney General, for the defendant.

WILSON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation entered into between counsel for the respective parties:

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties hereto:

1. That the above entitled appeal for reappraisement is limited to the merchandise shipped by Hasegawa & Co. Ltd. of Japan.

2. That the said merchandise was appraised under Section 402(d), Tariff Act of 1930, as amended by the Customs Administrative Act of 1938.

3. That no foreign value, as defined by Section 402(c), Tariff Act of 1930, as amended by the Customs Administrative Act of 1938, existed for such or similar merchandise.

4. That at the time of exportation to the United States, the prices at which such or similar merchandise was freely sold or offered for sale in the principal markets of Japan, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, were the unit invoice values less the proportionate share of the inland freight, storage, hauling and lighterage, insurance premium and petty shown on the invoices to be included in the unit invoice values.

5. That the above entitled appeal for reappraisement as heretofore limited, is submitted on this stipulation.

On the agreed facts, I find and hold export value, as that value is defined in section 402(d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved and that such value was the invoice unit value in each case, less the proportionate share of the inland freight, storage, hauling and lighterage, insurance premium, and petty, shown on the invoice to be included in the unit invoice values.

Judgment will be rendered accordingly.